**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL RESOURCES CORPORATION, BLUM REAL ESTATE TRUST; and BENTLEY J. BLUM, in his capacity as Trustee of the Blum Real Estate Trust,<br><br>    Defendants. | No. 2:11-CV-127-BLW<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF THIRD-PARTY CLAIMS AND COUNTERCLAIMS BY FEDERAL RESOURCES CORPORATION AND NEWMONT MINING CORPORATION** |
| FEDERAL RESOURCES CORPORATION,<br><br>    Counter-Claimant<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Counter-Defendant | |
| FEDERAL RESOURCES CORPORATION,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>CHESTER MINING COMPANY; THE COEUR D'ALENES COMPANY; CONJECTURE MINES, INC.; CONJECTURE, INC.; MINNIE MOORE RESOURCES, INC.; CARL B. JOHNSTON; JAMES BILBRAY; SILVER STAR-QUEENS MINES COMPANY; DUVAL CORPORATION; NEWMONT MINING CORPORATION; SUNSHINE MINING COMPANY; AND MINERALS MANAGEMENT, INC.,<br><br>    Third-Party Defendants. | |

## I. ORDER

Federal Resources Corporation and Newmont Mining Corporation having stipulated to the voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of those claims asserted by FRC against Newmont alleged in FRC's second amended answer (Dkt. 74) and to the dismissal of the counterclaims asserted by Newmont against FRC set forth in Newmont's answer (Dkt. 99),

IT IS HEREBY ORDERED that the above-referenced claims are dismissed without prejudice and without costs or attorneys' fees to either party.

DATED: December 10, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2