IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL RESOURCES CORPORATION, BLUM REAL ESTATE TRUST; and BENTLEY J. BLUM, in his capacity as Trustee of the Blum Real Estate Trust,<br><br>    Defendants.<br><br>FEDERAL RESOURCES CORPORATION,<br><br>    Counter-Claimant<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Counter-Defendant<br><br>FEDERAL RESOURCES CORPORATION,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>CHESTER MINING COMPANY; THE COEUR D'ALENES COMPANY; CONJECTURE MINES, INC.; CONJECTURE, INC.; MINNIE MOORE RESOURCES, INC.; CARL B. JOHNSTON; JAMES BILBRAY; SILVER STAR-QUEENS MINES COMPANY; DUVAL CORPORATION; NEWMONT MINING CORPORATION; SUNSHINE MINING COMPANY; AND MINERALS MANAGEMENT, INC.,<br><br>    Third-Party Defendants. | No. 2:11-CV-127-BLW<br><br>ORDER GRANTING STIPULATED DISMISSAL OF THIRD-PARTY CLAIMS BY FEDERAL RESOURCES, MINNIE MOORE RESOURCES, INC., CARL B. JOHNSTON AND JAMES BILBRAY |

**ORDER**

Defendant and third-party plaintiff Federal Resources Corporation and third party defendants Minnie Moore Resources, Inc., James Bilbray, and Carl B. Johnston having stipulated to the voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of those claims asserted by FRC against Minnie Moore Resources, Inc., James Bilbray, and Carl B. Johnston alleged in FRC's second amended answer (docket no. 74) and to the dismissal of all claims asserted by Minnie Moore Resources, Inc., James Bilbray, and Carl B. Johnston against FRC set forth in Minnie Moore's answer (docket no. 92),

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 169) is APPROVED and that the above-referenced claims are dismissed with prejudice and without costs or attorneys' fees to either party.

IT IS FURTHER ORDERED that entry of final judgment of the dismissed parties may be made without delay, this order having terminated all remaining claims against defendants Minnie Moore Resources, Inc., James Bilbray, and Carl B. Johnston, and pursuant to Fed.R.Civ.P. 54(b), no just reason exists for delay of entry of final judgment as to these parties. This order shall not affect any other remaining claims of Federal Resources related to other parties.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED: April 15, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER GRANTING STIPULATED DISMISSAL OF THIRD-PARTY CLAIMS BY
FEDERAL RESOURCES, MINNIE MOORE RESOURCES, INC., CARL B.
JOHNSTON AND JAMES BILBRAY - 3