UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff and** | ) | No. 2:11-cv-00127-BLW |
| **Counterclaim-Defendant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **FEDERAL RESOURCES CORP.,** | ) | **RE: SEQUESTRATION** |
| **BLUM REAL ESTATE TRUST;** | ) | **OF FUNDS AND RE:** |
| **BENTLEY J. BLUM, in his** | ) | **ESTABLISHMENT OF** |
| **capacity as Trustee of the Blum** | ) | **COURT REGISTRY ACCOUNT** |
| **Real Estate Trust** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counterclaimant.** | ) | |
| | ) | |

The above-entitled cause having come before the Court upon the Stipulation and Proposed Order re: Sequestration of Funds and re: Establishment of Court Registry Account pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1, and the Court having considered the motion,

NOW, THEREFORE IT IS HEREBY ORDERED that the Stipulation and Proposed Order re: Sequestration of Funds and re: Establishment of Court Registry Account (docket no. 184) is incorporated fully herein by reference and APPROVED.

IT IS FURTHER ORDERED that the Clerk of the Court invest the amounts received pursuant to the Stipulation in an automatically renewable type of account or instrument (*i.e.,* time certificate, treasury bill, or passbook account), in the name of the Clerk of the Court, U.S. District Court, at (name of bank, savings and loan, brokerage house, etc.) said funds to remain invested pending further order of the Court.

IT IS FURTHER ORDERED that the Clerk of the Court must deduct a fee from the income earned on the investment equal to ten percent (10%) of the income earned while the funds are held in the Court's registry fund regardless of the nature of the case underlying the investment and without further order of the Court.  The interest payable to the U.S. Courts must be paid prior to any other distribution of the account.  Investments having a maturity date will be assessed the fee at the time the investment instrument matures.  However, the fee deducted from any funds to be received by the United States shall be restored pursuant to the Notice of the Administrative Office of the United States Court published at 56 *Fed. Reg.* 56356-01 (November 4, 1991).

IT IS FURTHER ORDERED that counsel presenting this Order personally serve a copy thereof on the Clerk of the Court or his or her financial deputy.

IT IS FURTHER ORDERED that payments into the Court Registry pursuant to the Stipulation shall be by certified or bank check made payable to the "Clerk, United States District Court."  The check shall include on its face the terms, <u>United States v. Federal Resources Corporation et al</u>, Civil Action No. 11-CV-127-BLW, and a copy of the payment document shall be sent to counsel for the United States.

IT IS FURTHER ORDERED that all funds deposited pursuant to this Order shall not be disbursed or withdrawn by any person except in accordance with the terms of the Stipulation, and pursuant to a further order of this Court.



DATED: April 24, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court