UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff and                                           ) | Case No. 2:11-CV-127-BLW |
| Counterclaim-Defendant,                     ) | |
| ) | |
| v.                                                             ) | |
| ) | **REVISED** ORDER |
| FEDERAL RESOURCES CORP.,          ) | RE: SEQUESTRATION |
| BLUM REAL ESTATE TRUST;             ) | OF FUNDS AND RE: |
| BENTLEY J. BLUM, in his                   ) | ESTABLISHMENT OF |
| capacity as Trustee of the Blum           ) | COURT REGISTRY ACCOUNT |
| Real Estate Trust                                  ) | |
| ) | |
| Defendants and                                     ) | |
| Counterclaimant.                                  ) | |
|                                                                  ) | |

The above-entitled cause having come before the Court upon the Stipulation and Proposed Order re: Sequestration of Funds and re: Establishment of Court Registry Account (Docket No. 184) pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1, and the Court having approved that Stipulation and Proposed Order on April 24, 2013 (docket no. 188)

NOW, THEREFORE, it is ORDERED that the Court's previous Order re: Sequestration of Funds and re: Establishment of Court Registry Account filed in this matter (docket no. 184) is hereby revised as follows:

The Stipulation and Proposed Order re: Sequestration of Funds and re: Establishment of Court Registry Account (docket no. 184) is incorporated fully herein by reference and APPROVED.

IT IS ORDERED that the Clerk of Court invest an amount not to exceed $5,931,255.71 in the Court Registry Investment System ("CRIS"), which is administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, and said funds to remain invested pending further Order of the Court.

IT IS FURTHER ORDERED that the Administrative Office of the Courts is authorized and directed by this Order to deduct the investment services fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court. However, the fee deducted from any funds to be received by the United States shall be restored pursuant to the Notice of the Administrative Office of the United States Court published at 56 *Fed. Reg*. 56356-01 (November 4, 1991).

IT IS FURTHER ORDERED that counsel presenting this Order personally serve a copy thereof on the Clerk of the Court or his or her financial deputy.

IT IS FURTHER ORDERED that payments into the Court Registry pursuant to the Stipulation shall be by certified or bank check made payable to the "Clerk, United States District Court." The check shall include on its face the terms, <u>United States v. Federal Resources Corporation et al</u>, Civil Action No. 11-CV-127-BLW, and a copy of the payment document shall be sent to counsel for the United States.

IT IS FURTHER ORDERED that all funds deposited pursuant to this Order shall not be disbursed or withdrawn by any person except in accordance with the terms of the Stipulation, and pursuant to a further order of this Court.

DATED: May 1, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court