UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff and )<br>      Counterclaim-Defendant, )<br>)<br>      v. )<br>)<br>FEDERAL RESOURCES CORP., )<br>BLUM REAL ESTATE TRUST; )<br>BENTLEY J. BLUM, in his )<br>capacity as Trustee of the Blum )<br>Real Estate Trust )<br>)<br>      Defendants and )<br>      Counterclaimant. )<br>_____) | No. 2:11-cv-00127-BLW<br><br>ORDER |

    Pursuant to Paragraph 25 on Page 15 of the Stipulation and Proposed Order re: Sequestration of Funds and re: Establishment of Court Registry Account (docket no. 184), approved by the Court on April 25, 2013 (docket no. 189),

NOW, THEREFORE, it is ORDERED

    The Court's Order re: United States' Application for Writ of Sequestration (docket no.153) and the Writ issued by the Clerk (docket no. 154) are hereby VACATED.

DATED: May 2, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court