# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| The UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL RESOURCES CORPORATION; BLUM REAL ESTATE TRUST; BENTLEY J. BLUM personally and in his capacity as Trustee of the Blum Real Estate Trust; and CAMP BIRD COLORADO, INC.,<br><br>            Defendants. | Case No. 2:11-cv-00127-BLW-RCT<br><br>**ORDER RE CONJECTURE MINE SITE VISIT** |

The Court is considering a site visit to aid in understanding of the arguments and in making its adjudication of matters related to the Conjecture Mine Site.  The parties are hereby **ORDERED** to meet and confer and make arrangements for a visit to the Conjecture Mine Site on Wednesday, May 7, 2014.  Each party may bring one representative in addition to legal counsel.  The parties shall notify the Court by letter no later than Wednesday, April 30, 2014, of their proposed arrangements.

It is so **ORDERED**.

DATED this 25th day of April, 2014.

*Richard C. Tallman*

HONORABLE RICHARD C. TALLMAN
United States Circuit Judge